UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERCADIES SAAVEDRA,

    Plaintiff,

v.

AMAZON.COM SERVICES, INC.,

    Defendant.
_____/

Case No. 23-cv-12716
Hon. Matthew F. Leitman

## ORDER TERMINATING DEFENDANT'S INITIAL MOTION TO DISMISS (ECF No. 7) WITHOUT PREJUDICE AS MOOT

On October 25, 2023, Plaintiff Mercadies Saavedra filed this employment discrimination action against Defendant Amazon.com Services, Inc. (*See* Compl., ECF No. 1.) Amazon.com thereafter filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 7.)

On February 2, 2024, without expressing any view regarding the merits of the Motion to Dismiss, the Court issued an order granting Saavedra leave to file a First Amended Complaint in order to remedy the alleged deficiencies in her claims identified by Amazon.com. (*See* Order, ECF No. 14.)  The Court informed the parties that if Saavedra provided notice that she intended to file a First Amended Complaint, the Court would terminate Amazon.com's Motion to Dismiss without prejudice. (*See id.*)

On February 26, 2024, Saavedra filed a First Amended Complaint in this case. (*See* First Am. Compl., ECF No. 16.) And Amazon.com has now filed a renewed Motion to Dismiss that pleading. (*See* Mot. to Dismiss, ECF No. 18.) Accordingly, the Court **TERMINATES** Amazon.com's initial motion to dismiss (ECF No. 7) **WITHOUT PREJUDICE AS MOOT**.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 27, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 27, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2